FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 2 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                          DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DENTRAY WHITE,                          )   Case No.  CV 12-09032 VBF (AN)
                                        )
            Petitioner,                 )
                                        )   JUDGMENT
      v.                                )
                                        )
JOHN KATAVICH, Warden,                  )
                                        )
            Respondent.                 )
_____ )

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: December 14, 2012

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 2 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY